# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JORGE TOLEDO,     )
          )
    **Plaintiff,**   )
          )
  v.        )  **Civil Case No. 21-1286 (RJL)**
          )
UNITED STATES OF AMERICA, )
          )
    **Defendant.**  )

## ORDER
(November 17, 2022) [Dkts. #12, 14]

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that defendants' [Dkt. #14] Cross-Motion for Summary Judgment is hereby **GRANTED**; and it is further

**ORDERED** that plaintiff's [Dkt. #12] Motion for Summary Judgment is hereby **DENIED**.

**SO ORDERED**.

_____
RICHARD J. LEON
United States District Judge

1